IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
4/23/2020 1:32 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L004534

ALVIN HODGE,                                    )
                                               )
                Plaintiff,                     )
                                               )
        vs.                                    )        No.
                                               )
CRAIG CHARLES EMERSON, Individually,           )
and as agent of TLM EXPRESS, LLC; and          )
TLM EXPRESS, LLC., a Wisconsin limited         )
liability corporation,                         )
                                               )
                Defendants.                    )

## COMPLAINT AT LAW

NOW COMES Plaintiff, ALVIN HODGE, by and through his attorneys, LAW

OFFICES OF TIMOTHY LAMPINEN, and complaining of the Defendants, CRAIG CHARLES

EMERSON, individually, and as agent of TLM EXPRESS, LLC. and TLM EXPRESS, LLC, a

Wisconsin limited liability corporation, alleges and states as follows:

COUNT I
(Negligence – Emerson)

1. On or about April 24, 2018 at approximately 12:00 p.m., Plaintiff, ALVIN HODGE ("Hodge"), was operating a vehicle in a generally easterly direction upon 47th Street at or about 361 West 47th Street in the City of Chicago, County of Cook, Illinois.

2. At the same place, date and time, Defendant, CRAIG CHARLES EMERSON ("Emerson"), was operating a vehicle in a generally westerly direction upon 47th Street at or about 361 West 47th Street in the City of Chicago, County of Cook, Illinois and attempted to make a left hand turn and proceed southbound onto a road leading into the Norfolk Southern Rail Yard whereupon EMERSON's vehicle collided with a vehicle driven by the Plaintiff, ALVIN HODGE.

3. On information and belief, at the time Defendant EMERSON was operating his vehicle as stated, EMERSON was acting individually and/or in the alternative, was acting within the scope of his employment as agent, employee and/or servant of the Defendant TLM EXPRESS, LLC.

4. At the time Defendant EMERSON was operating his vehicle as stated, EMERSON, individually, and/or as agent, employee, or servant of Defendant TLM EXPRESS, LLC,

**EXHIBIT A**

owed a duty to the Plaintiff, ALVIN HODGE, and to other motorists upon the roadway, to exercise due care in the operation of his vehicle for the safety of the Plaintiff and others upon the roadway.

5. Notwithstanding said duty, Defendant EMERSON, individually, and/or as agent, employee, or servant of Defendant TLM EXPRESS, LLC, carelessly and negligently committed one or more of the following wrongful acts or omissions:

   a. Failed to keep a proper and sufficient lookout for other vehicles upon the roadway;

   b. Failed to apply the brakes of his vehicle in time to avert an imminent collision;

   c. Failed to sound the horn of his vehicle in time to avert an imminent collision;

   d. Initiated a left turn in front of oncoming traffic;

   e. Failed to yield the right of way to oncoming traffic;

   f. Operated his vehicle at a rate of speed which was not prudent given the presence of other vehicles in the immediate vicinity to avert a collision;

   g. Attempted a turn without signaling;

   h. Was otherwise careless and negligent.

6. As a direct and proximate result of Defendant EMERSON's above-stated negligence, defendant EMERSON's vehicle collided with the vehicle driven by Plaintiff ALVIN HODGE resulting in personal injury to the Plaintiff, ALVIN HODGE.

7. As a result of the aforesaid occurrence, Plaintiff, ALVIN HODGE, has suffered, and will continue to suffer, great pain and suffering, medical bills, loss of normal life, loss of earnings and pecuniary losses.

## COUNT II
### (Negligence – TLM Express, LLC)

8. Plaintiff re-alleges and incorporates Count I paragraphs 1 through 7 and incorporates same as if separately pleaded herein as paragraph 8 of Count II.

9. At the time of the subject occurrence as stated above, Defendant TLM EXPRESS, LLC, was incorporated under the laws of the State of Wisconsin and doing business as a Wisconsin limited liability corporation engaged in the business of transporting goods.

10. At the time of the subject occurrence as stated above, Defendant TLM EXPRESS, LLC, owned, operated, maintained and/or leased a 1997 Peterbilt Motors truck with a VIN 1XP5DBBX4VN433580 which, at all relevant times, was operated by its agent, employee and/or servant CRAIG CHARLES EMERSON.

11. At the time of the subject occurrence, Defendant TLM EXPRESS, LLC., through its agent, employee, or servant, CRAIG CHARLES EMERSON, owed a duty of due care to the Plaintiff, ALVIN HODGE, to operate its vehicle with ordinary care so as not to injure the Plaintiff, ALVIN HODGE, or other motorists upon the highway.

12. Notwithstanding said duty, Defendant TLM EXPRESS, LLC through its agent, employee and/or servant CRAIG CHARLES EMERSON, carelessly acted, or failed to act, as alleged above.

13. As a direct and proximate result of Defendant EMERSON's above-stated negligence, defendant EMERSON's vehicle collided with the vehicle driven by Plaintiff ALVIN HODGE resulting in personal injury to the Plaintiff, ALVIN HODGE.

14. As a result of the aforesaid occurrence, Plaintiff, ALVIN HODGE, has suffered, and will continue to suffer, great pain and suffering, medical bills, loss of normal life, lost wages and pecuniary losses.

WHEREFORE, Plaintiff, ALVIN HODGE, demands judgment against each Defendant, CRAIG CHARLES EMERSON, individually, and as agent, employee, or servant of TLM EXPRESS, LLC, and TLM EXPRESS, LLC for a sum of money in excess of FIFTY-THOUSAND DOLLARS ($50,000.00) plus the costs of this action.

By: _____
One of Plaintiff's Attorneys

Timothy J. Lampinen
Law Offices of Timothy Lampinen
303 E. Wacker Dr. Suite 1107
Chicago, IL 60601-5215
(312) 222-1950
(312) 222-1544 Fax
shikahgo@aol.com
Atty. No. 35459